UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lanessa Green,

    Plaintiff,

v.                                                 Civil No. 15-2276 (JNE/LIB)
                                                    ORDER

Charter Spectrum Communication,

    Defendant.

This matter is before the Court on a Report and Recommendation issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on August 18, 2015. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. This action is SUMMARILY DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's application to proceed in forma pauperis [Dockets No. 2 and 10] is DENIED.

3. The Report and Recommendation [Docket No. 19] is ADOPTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 10, 2015

                                                                         s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge